# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JEFFREY CHRISTOPHER LYNCH,  :

                       Petitioner,  :      Civil Action No. 14-4470 (JLL)

              v.             :      **MEMORANDUM ORDER**

STATE OF NEW JERSEY, et al.,  :

                    Respondents.  :

IT APPEARING THAT:

1.  On November 14, 2014, Petitioner, Jeffrey Lynch, filed a motion for leave to file a brief and exhibits in support of his habeas petition brought pursuant to 28 U.S.C. § 2254.  (ECF No. 10).   Plaintiff also requested that oral argument be held.  (ECF No. 10).

2.  On November 26, 2014, Respondents filed a cross motion to strike those claims in Petitioner's brief which Respondents believed were time barred.  (ECF No. 11).

3.  On January 5, 2015, Respondents, by way of letter, withdrew their motion to strike and instead requested an opportunity to file an amended answer addressing Petitioner's remaining claims (ECF No. 18), which this Court granted on January 6, 2015.  (ECF No. 19).

4.  Respondents have since filed their amended answer (ECF No. 21), and Petitioner has filed his reply.  (ECF No. 31).

IT IS THEREFORE on this _____19_____ day of May, 2015,

ORDERED that Petitioner's Motion for leave to file a brief and exhibits (ECF No. 10) is GRANTED, the Court shall consider the brief and exhibits filed in ECF No. 10 in making its decision; and it is further

ORDERED that Petitioner's request for oral argument is DENIED at this time; and it is further

ORDERED that Respondent's Motion to Strike (ECF No. 11) is deemed WITHDRAWN; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon the parties electronically.

Jose L. Linares, U.S.D.J.

2